## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

MICHAEL C. WARD,         )
         )
     Plaintiff,     )
         )
vs.         )    Case No. _____
         )
BNSF RAILWAY COMPANY,    )
a Delaware corporation,    )
         )
     Defendant.    )

## COMPLAINT AND DEMAND FOR TRIAL BY JURY

Now comes the Plaintiff, MICHAEL C. WARD, by and through his attorneys, PRATT &

TOBIN, P.C., and for his Complaint and Demand for Trial By Jury against the Defendant, BNSF

RAILWAY COMPANY, states the following:

1.    That at all times relevant hereto, the Defendant was a corporation, organized and

existing under the laws of the State of Delaware and was a common carrier by rail engaged in

interstate business in the various states of the United States including Galesburg, Illinois and the

United States Central District of Illinois.

2.    That at all times relevant hereto, the Plaintiff was employed by the Defendant as a

trackman and maintenance-of-way employee.

3.    That at all times relevant hereto, the Plaintiff was engaged in his duties and was

acting within the course and scope of his duties as an employee of the Defendant, a common carrier

by rail engaged in interstate commerce, and, by reason thereof, their mutual and respective rights and

liabilities were governed by a certain Act of Congress known as the Federal Employers' Liability Act, 45 U.S.C. §§ 51-60.

4.    That this action is brought pursuant to the provisions of the said Federal Employers' Liability Act, 45 U.S.C. §§ 51-60.

5.    That This Court has subject matter jurisdiction in this case pursuant to the provisions of 45 U.S.C. § 56.

6.    That on or about January 17, 2020, at or near Galesburg, Illinois, the Plaintiff was injured when his foot became caught on or entangled in a perforated step plate while he was dismounting from a skid steer machine, which twisted and damaged his left knee and other parts of his body, causing his to fall and sustain bodily injury.

7.    That at said time and place, the Defendant, by and through its agents and employees, was guilty of one, or more, or all of the following negligent acts or omissions:

   a.    Failed to furnish Plaintiff with reasonably necessary and proper boots, anti-slip wear and/or other personal protective equipment with which to perform his assigned duties;

   b.    Failed to provide Plaintiff with a skid steer with a reasonably safe means of ingress and/or egress, including safe hand holds and steps;

   c.    Failed to warn Plaintiff of reasonably foreseeable hazardous conditions while performing his job;

   d.    Failed to provide Plaintiff with a reasonably safe place to work; and

   e.    Failed to provide reasonably safe methods of work.

8.    That as a result, in whole or in part, of one or more of the aforementioned negligent acts or omissions of the Defendant, the Plaintiff suffered severe and permanent injuries to his left knee and other parts of his body, all of which have and will cause him to suffer great pain and mental

anguish; that he has and will lose money and earnings he would otherwise have been entitled to; that his earning capacity has been greatly diminished; and further, he has and will be obligated for sums of money such as medical expenses, and he has sustained disability as a result of his injuries and all to his damage.

WHEREFORE, Plaintiff, MICHAEL C. WARD, prays for judgment against the Defendant, BNSF RAILWAY COMPANY, in an amount which will fairly and reasonably compensate him for his injuries and damages, plus costs of court.

Michael C. Ward, Plaintiff

PRATT & TOBIN, P.C.

By: /s/Edward J. Szewczyk
Edward J. Szewczyk - IL 2791765
150 South Bellwood Drive
P. O. Box 179
East Alton, IL 62024
Telephone: (618) 259-8011
Facsimile:  (618) 259-6793
ejs@prattandtobin.com

ATTORNEYS FOR PLAINTIFF